■ MARILYNN SWICK, Respondent, v TERRY W. STONE, Appellant. [718 NYS2d 914] —Order unanimously affirmed with costs (*see, New England Mar. Contrs. v Martin,* 156 AD2d 804; *Tarolli Lbr. Co. v Andreassi,* 59 AD2d 1011). (Appeal from Order of Ontario County Court, Henry, Jr., J.—Small Claims.) Present—Pigott, Jr., P. J., Green, Pine, Kehoe and Balio, JJ.